UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MULE CREEK STATE PRISON,<br><br>        Defendant. | No. 2:20-cv-0817 KJN P<br><br>ORDER AND FINDINGS &<br>RECOMMENDATIONS |

By order filed April 30, 2020, plaintiff was advised that he must file a complaint in order to commence an action. Fed. R. Civ. P. 3. Plaintiff was granted thirty days to file a complaint, and was cautioned that failure to do so would result in a recommendation that this matter be dismissed. Thirty days from that date have now passed, and plaintiff has not filed a complaint, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **thirty** days after being served with these findings and recommendations, plaintiff may file written objections with

1

1  the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

3  failure to file objections within the specified time may waive the right to appeal the District

4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  June 23, 2020

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hern0817.fta