UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HERNANDEZ,<br><br>                Plaintiff,<br><br>       v.<br><br>MULE CREEK STATE PRISON,<br><br>                Defendants. | No.  2:20-cv-00817-TLN-KJN<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations filed June 23, 2020, are ADOPTED IN FULL; and

   2.  This action is DISMISSED without prejudice.  *See* Local Rule 110; Fed. R. Civ. P.

1

41(b).

    3. The Clerk of Court is directed to close the case.

DATED: August 10, 2020

                                              Troy L. Nunley
                                              United States District Judge